**James WEBER, Appellant,**

v.

**George LOMBARDI, et al., Respondents.**

**No. WD 75503.**

Missouri Court of Appeals, Western District.

March 5, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 2013.

Application for Transfer Denied June 25, 2013.

Laura M. Browne, Jefferson City, MO, for appellant.

James Weber, Appellant Acting Pro Se, Charleston, MO, for respondent.

Before Division Two: KAREN KING MITCHELL, Presiding Judge, THOMAS H. NEWTON and LISA WHITE HARDWICK, Judges.

## ORDER

PER CURIAM.

James Weber appeals the denial of his petition for declaratory judgment and injunctive relief against the Director of the Missouri Department of Corrections and the Chairman of the Board of Probation and Parole. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the denial of the petition.

AFFIRMED. Rule 84.16(b).